| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Danny J. Lim** | Social Security number or ITIN **xxx–xx–7922** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Sunny G. Lim** | Social Security number or ITIN **xxx–xx–9692** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Western District of Virginia** | | Date case filed for chapter **7**  **11/29/16** |
| Case number: **16–62383** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Danny J. Lim | Sunny G. Lim |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 28 Cloud Drive<br>Evington, VA 24550 | 28 Cloud Drive<br>Evington, VA 24550 |
| 4. | **Debtor's attorney**<br>Name and address | Margaret C. Valois<br>James River Legal Associates<br>7601 Timberlake Road<br>Lynchburg, VA 24502 | Contact phone 434–845–4529<br><br>Email: **None** |
| 5. | **Bankruptcy trustee**<br>Name and address | Hannah W. Hutman(436156)<br>Hoover Penrod<br>342 S. Main Street<br>Harrisonburg, VA 22801 | Contact phone 5404332444<br><br>Email: hhutman@hooverpenrod.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Debtor **Danny J. Lim** and **Sunny G. Lim**                                          Case number **16–62383**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1100 Court St., Room 166<br>Lynchburg, VA 24504 | Hours open 8:00 a.m. – 4:30 p.m.<br><br>Contact phone (434) 845–0317<br><br>Date: 11/29/16 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 10, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required *** | Location:<br><br>**cr mtg, LYN, US Courthouse, Rm 210, 1101 Court St., Lynchburg, VA 24504** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/13/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                          page **2**

```
                              United States Bankruptcy Court
                               Western District of Virginia
In re:                                                                         Case No. 16-62383-rbc
Danny J. Lim                                                                   Chapter 7
Sunny G. Lim
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0423-6           User: admin                 Page 1 of 2                  Date Rcvd: Nov 29, 2016
                               Form ID: 309A               Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2016.
db/jdb         +Danny J. Lim,    Sunny G. Lim,    28 Cloud Drive,    Evington, VA 24550-1728
4361186        +9430, Inc.,    9430 B Contractors Court,    Manassas, VA 20109-5432
4361189        +Assoc of Alexandria Radiology,    c/o American Collections Enterirpise Inc,    PO Box 30096,
                 Alexandria, VA 22310-8096
4361194         Cavalry SPV I, LLC,    400 Summit Lake Dr, Ste. 400,    Valhalla, NY 10595
4361195        +Centra Hospital,    1374 S Babcock St,    Melbourne, FL 32901-3009
4361199        +Diversified Collection Services, Inc.,     PO Box 9054,    Pleasanton, CA 94566-9054
4361200        +Enhanced Recovery Company, LLC,    PO Box 1259 Dept 98696,     Oaks, PA 19456-1259
4361201        +Glasser & Glasser PLC,    PO Box 3400,    Norfolk, VA 23514-3400
4361206         Inova Health Care Services,    c/o Complete Collection Services,    PO Box 100052,
                 Alexandria, VA 22310
4361213        +Medical Revenue Service,    PO Box 1940,    MELBOURNE, FL 32902-1940
4361218        +Potomac Hospital,    c/o Suburban Credit Corporation,    PO Box 30640,
                 Alexandria, VA 22310-8640
4361219        +Potomac Hospital Corp of Prince William,     2300 Opitz Blvd,    Woodbridge, VA 22191-3311
4361220        +Potomac Radiology & Imaging,    c/o United Consumers,    PO Box 4466,    Woodbridge, VA 22194-4466
4361221        +Prince William General District Court,     9311 Lee Avenue,    Manassas, VA 20110-5586
4361223        +Reston Hospital Center,    c/o West Asset Management,    PO Box 1022,    Wixom, MI 48393-1022
4361226        +Schlee & Stillman Law Office,    30057 Orchard Lake Rd, Ste. 200,     Farmington, MI 48334-2265
4361227        +Sears/ Citibank, NA,    PO Box 6286,    Sioux Falls, SD 57117-6286
4361228        +Sheridan Anesthesia Services of VA,    c/o Nationwide Recovery Service,    PO Box 8005,
                 Cleveland, TN 37320-8005
4361230        +Suburban Credit Corporation,    PO Box 30640,    Alexandria, VA 22310-8640
4361232        +The Collection Firm of,    Franklin Collection Service, Inc.,    PO Box 3910,
                 Tupelo, MS 38803-3910
4361233        +The Home Depot Credit Services,    PO Box 790393,    Saint Louis, MO 63179-0393
4361234        +The Landings at Markhams Grant,    c/o Results Unlimited,    244 Mustang Tr, Ste. 8,
                 Virginia Beach, VA 23452-7510
4361235        +The Law Office of John P. Frye, PC,    3351 Orange Ave,    Roanoke, VA 24012-6335
4361240        +UVA Physicians Group,    PO Box 9007,    Charlottesville, VA 22906-9007
4361239        +University of Virginia Medical Center,     Patient Financial Services,    PO Box 800750,
                 Charlottesville, VA 22908-0750
4361243        +Virginia Pulminary Assoc PC,    313 Park Ave #202,    Falls Church, VA 22046-3303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mv@vbclegal.com Nov 29 2016 22:03:32      Margaret C. Valois,
                 James River Legal Associates,    7601 Timberlake Road,    Lynchburg, VA   24502
tr             +EDI: BHWHUTMAN.COM Nov 29 2016 21:58:00      Hannah W. Hutman(436156),    Hoover Penrod,
                 342 S. Main Street,    Harrisonburg, VA 22801-3628
ust            +E-mail/Text: ustpregion04.rn.ecf@usdoj.gov Nov 29 2016 22:03:49        USTrustee,
                 Office of the United States Trustee,    210 First Street, Suite 505,    Roanoke, VA 24011-1620
4361190        +EDI: CINGMIDLAND.COM Nov 29 2016 21:58:00      AT&T Mobility,    PO Box 772349,
                 Ocala, FL 34477-2349
4361187         EDI: GMACFS.COM Nov 29 2016 21:58:00      Ally Financial,    PO Box 360901,
                 Minneapolis, MN 55438
4361188        +EDI: ACCE.COM Nov 29 2016 21:58:00      Asset Acceptance,    Attn: Bankrupcy Dept,    PO Box 2036,
                 Warren, MI 48090-2036
4361191        +E-mail/Text: ACF-EBN@acf-inc.com Nov 29 2016 22:03:35       Atlantic Credit & Finance,
                 3353 Orange Ave,    Roanoke, VA 24012-6335
4361192        +E-mail/Text: support@bullcityfinancial.com Nov 29 2016 22:04:19
                 Bull City Financial Solutions,    1107 W Main St., Ste. 201,    Durham, NC 27701-2028
4361193         EDI: CAPITALONE.COM Nov 29 2016 21:58:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
4361196        +EDI: CITICORP.COM Nov 29 2016 21:58:00      Citibank, NA,    100 Citibank Dr,
                 San Antonio, TX 78245-3202
4361197        +E-mail/Text: sandra.groves@claytonbank.com Nov 29 2016 22:03:58        Clayton Bank & Trust,
                 520 W. Summit Hill Dr., Ste. 801,    Knoxville, TN 37902-2006
4361198         EDI: DIRECTV.COM Nov 29 2016 21:58:00      DirecTV,    PO Box 6550,    Greenwood Village, CO 80155
4361202        +EDI: LEADINGEDGE.COM Nov 29 2016 21:58:00      Global Credit & Collection Corp,
                 5440 N Cumberland Ave, Ste. 300,    Chicago, IL 60656-1486
4361203        +EDI: HFC.COM Nov 29 2016 21:58:00      HSBC Bank USA, NA,    PO Box 2013,
                 Buffalo, NY 14240-2013
4361204        +EDI: IIC9.COM Nov 29 2016 21:58:00      I C System Inc,    PO Box 64378,
                 Saint Paul, MN 55164-0378
4361205        +E-mail/Text: BANKRUPTCY@INOVA.ORG Nov 29 2016 22:03:50        INOVA Fairfax Hospital,    c/o AMCB,
                 PO Box 37019,    Baltimore, MD 21297-3019
4361208         EDI: IRS.COM Nov 29 2016 21:58:00      Internal Revenue Service,    Insolvency Unit,
                 400 N 8th St  No. 76,    Richmond, VA  23219
4361209        +EDI: RMSC.COM Nov 29 2016 21:58:00      JC Penney/ Synchrony Bank,    Bankruptcy Department,
                 PO Box 965008,    Orlando, FL 32896-5008
4361210        +EDI: LEADINGEDGE.COM Nov 29 2016 21:58:00      Leading Edge Recovery Solutions,
                 5440 N Cumberland Ave, Ste. 300,    Chicago, IL 60656-1486
```

```
District/off: 0423-6          User: admin              Page 2 of 2                   Date Rcvd: Nov 29, 2016
                              Form ID: 309A            Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4361214        +EDI: MID8.COM Nov 29 2016 21:58:00      Midland Credit Management, Inc.,
                 8875 Aero Dr, Ste. 200,    San Diego, CA 92123-2255
4361215        +EDI: AGFINANCE.COM Nov 29 2016 21:58:00      One Main Financial,    PO Box 183172,
                 Columbus, OH 43218-3172
4361216        +EDI: AGFINANCE.COM Nov 29 2016 21:58:00      Onemain Financial/Citifinancial,
                 6801 Colwell Blvd,    NTSB-2320,    Irving, TX 75039-3198
4361217         EDI: PRA.COM Nov 29 2016 21:58:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
4361224        +E-mail/Text: bk@rgsfinancial.com Nov 29 2016 22:03:36      RGS Financial, Inc,    PO Box 852039,
                 Richardson, TX 75085-2039
4361222        +E-mail/Text: banko@berkscredit.com Nov 29 2016 22:03:43      Reston Anesthesia,
                 c/o Berks Credit & Collections,    PO Box 329,    Temple, PA 19560-0329
4361225        +EDI: DRIV.COM Nov 29 2016 21:58:00      Santander Consumer USA,    PO Box 660633,
                 Dallas, TX 75266-0633
4361229        +Fax: 336-217-7467 Nov 29 2016 22:15:10      Solstas Lab Partners,    PO Box 35907,
                 Greensboro, NC 27425-5907
4361231         EDI: RMSC.COM Nov 29 2016 21:58:00      Synchrony Bank,    Attn: Bankruptcy Department,
                 PO Box 965060,    Orlando, FL 32896-5060
4361237         EDI: TFSR.COM Nov 29 2016 21:58:00      Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA 52409
4361238         EDI: RMSC.COM Nov 29 2016 21:58:00      Toys R Us/ Synchrony Bank,    Attn: Bankruptcy Department,
                 PO Box 965060,    Orlando, FL 32896-5060
4361241        +E-mail/Text: bkr@taxva.com Nov 29 2016 22:04:11      Va Department Of Taxation,
                 Bankruptcy Unit,    P O Box 2156,    Richmond, VA 23218-2156
                                                                                              TOTAL: 31

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4361236          The Oaks at Timberlake
4361242          Verizon Wireless
4361207*        +Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
4361211*         Margaret C. Valois,    James River Legal Associates,    7601 Timberlake Road,
                  Lynchburg, VA 24502
4361212       ##+MedCore,    PO Box 9817,    Mobile, AL 36691-0817
                                                                                   TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2016 at the address(es) listed below:
              NONE.                                                                        TOTAL: 0